UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN,<br><br>    Petitioner-Plaintiff,<br>v.<br><br>TIMETHEA PULLEN, in her official capacity as Warden of FCI Danbury; FEDERAL BUREAU OF PRISONS; BRYAN ANTONELLI, in his official capacity as Acting Regional Director of the Federal Bureau of Prisons' Northeast Region; COLLETTE PETERS, in her official capacity as Director of the Federal Bureau of Prisons,<br><br>    Respondents-Defendants. | Case No. 23-Civ.-619 (OAW) |

TO: The Clerk of the Court and all parties of record:

    I have been admitted to practice in this Court *pro hac vice* for this case, and I appear in the above-captioned case as co-counsel for Petitioner-Plaintiff Clare Bronfman.

Dated: New York, New York
       May 18, 2023

                                                     /s Duncan Levin
                                                  Duncan P. Levin, Esq. (DL1577)
                                                  Levin & Associates, PLLC
                                                  44 Court Street, Suite 905
                                                  Brooklyn, New York 11201
                                                  Telephone: (212) 330-7626
                                                  Email: dlevin@levinpllc.com

                                                  *Co-counsel for Clare Bronfman*