# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN, : | |
|     *Petitioner-Plaintiff*, : | |
| : | |
| v. : | No. 3:23-cv-619 (JAM) |
| : | |
| TIMETHEA PULLEN, et al., : | June 9, 2023 |
|     *Respondents-Defendants*. : | |

## RESPONDENT'S RESPONSE TO SHOW CAUSE ORDER AND MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and in response to the Court's May 23, 2023, Order to Show Cause, ECF No. 13, Richard Stover, in his official capacity as Warden of FCI Danbury[1]; the Federal Bureau of Prisons; Bryan Antonelli, in his official capacity; and Colette Peters, in her official capacity, respectfully move to dismiss Petitioner Clare Bronfman's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF 1. In support of this motion, Respondent submits the attached memorandum of law.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
NATALIE N. ELICKER (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov

---

[1] On May 21, 2023, Richard Stover succeeded Timothea Pullen as the Warden of FCI Danbury. Pursuant to Fed. R. Civ. P. 25(d), "An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party' name . . . . The court may order substitution at any time, but the absence of such an order does not affect the substitution."