UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARE BRONFMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 3:23-cv-619 (JAM) |
| | ) | |
| WARDEN FCI DANBURY, ET AL, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

## DECLARATION OF CHERYL MAGNUSSON, LEGAL ASSISTANT

I, CHERYL MAGNUSSON, hereby make the following declaration:

1. I am employed by the Federal Bureau of Prisons ("BOP") as a Legal Assistant at the Consolidated Legal Center located at the Federal Medical Center, Devens, Massachusetts. This Consolidated Legal Center provides legal services to the Federal Correctional Institution in Danbury, Connecticut ("FCI Danbury"). I have held this position since October 20, 2003.

2. To perform my official duties as Legal Assistant I have access to records regarding federal prisoners maintained in the ordinary course of business in the BOP. This information includes documentary records, Judgment and Commitment files, BOP Program Statements, and records maintained in the Bureau of Prisons computerized data base, SENTRY.

3. I am aware inmate Clare BRONFMAN, Federal Reg. No. 91010-053, has filed the above-captioned petition contesting numerous matters attendant to her incarceration to include her security classification and her desire to be designated to the Federal Correctional Institution in Danbury, Connecticut ("FCI Danbury"). My review of SENTRY shows BRONFMAN is currently designated to the Federal Detention Center in Philadelphia, Pennsylvania ("FDC Philadelphia), which facility she arrived at on March 29, 2023.

## BRONFMAN'S FAILURE TO EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES

4. The BOP's Administrative Remedy Program (codified at 28 C.F.R. § 542, Subpart B) is the means by which a federal inmate may seek formal review of an issue relating to any aspect of their confinement. Successfully exhausting the BOP's Administrative Remedy Program requires an inmate to first attempt informal resolution of a complaint with institution staff, and if informal resolution is unsuccessful, then file a written complaint

(BP-9) with institutional staff. If an inmate is dissatisfied with the response of institutional staff, they may submit an appeal on the appropriate form (BP-10) to the Regional Director; if an inmate is dissatisfied with the Regional Director's response, they may submit an appeal on the appropriate form (BP-11) to the BOP's Office of General Counsel ("OGC").  Appeal to OGC is the final administrative appeal, and only after OGC has provided a response (or failed to respond in a timely manner) can the inmate be considered to have exhausted the administrative remedy process.

5. SENTRY contains a complete history of administrative remedy filings made by federal inmates. This includes filings an inmate might make while incarcerated at any BOP facility, and will show whether an inmate files her requests for administrative remedy with the institution, Regional Office, and Office of General Counsel.

6. Administrative remedy submissions in SENTRY are identified first by a case number; then by an alphabetic designation showing whether the remedy was received by the local institution (denoted by a letter "F"), Regional Office (denoted by a letter "R"), or Office of General Counsel (denoted by the letter "A"); and then a number showing how many times a particular request had been received at that level.

7. SENTRY shows BRONFMAN has filed 6 requests for administrative remedy while in federal custody. See **Exhibit A**, Administrative Remedy Generalized Retrieval for Clare BRONFMAN (Reg. No. 91010-053), retrieved on June 2, 2023.

8. The most recent administrative remedy filing BRONFMAN made was on October 28, 2021. This filing was assigned Remedy ID No. 1073720-A3 and was directed toward BRONFMAN's request to have a Public Safety Factor of "Sex Offender" removed from her classification, and her desire to be transferred to the Camp at FCI Danbury. See **Exhibit A** at 4.

9. BRONFMAN has not filed any administrative remedies since Remedy ID No. 1073720-A3. Specifically, SENTRY shows BRONFMAN has not utilized the Administrative Remedy Program to contest her classification ("management variable") nor her desire to be transferred from FDC Philadelphia to FCI Danbury. See **Exhibit A**.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this __2__ day of June, 2023.

CHERYL MAGNUSSON
Digitally signed by CHERYL MAGNUSSON
Date: 2023.06.02 09:09:53 -04'00'

_____
Cheryl Magnusson
Legal Assistant
FMC Devens, MA