```
       FUNCTION: L-P SCOPE: REG    EQ 91010-053    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____     ____     ____     ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: PHL UNT/LOC/DST: 1 CADRE F           QTR.: C04-337U   RCV OFC: PHL
REMEDY ID: 1073720-F1     SUB1: 13IM SUB2: 10ZM DATE RCV:    03-23-2021
UNT   RCV..:3 S CADRE      QTR RCV.: C04-346L      FACL RCV: PHL
UNT   ORG..:3 S CADRE      QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL   1 NER   2 BOP   3    RESP DUE:  MON  04-12-2021
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 04-01-2021   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 03-23-2021
REMARKS..: LEGAL DEPT INITAL REC'D 3-4-21. RETURNED TO U/M FOR
           REVIEW & ATTEMPT INFORMAL RESOLUTION.


REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: PHL UNT/LOC/DST: 1 CADRE F           QTR.: C04-337U   RCV OFC: NER
REMEDY ID: 1073720-R1     SUB1: 13IM SUB2: 10ZM DATE RCV:    04-16-2021
UNT   RCV..:3 S CADRE      QTR RCV.: C04-346L      FACL RCV: PHL
UNT   ORG..:3 S CADRE      QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL   1 NER   2 BOP   3    RESP DUE:
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 05-14-2021   STATUS CODE: REJ STATUS REASON: IRQ RSR
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 05-14-2021
REMARKS..:




    G0002       MORE PAGES TO FOLLOW . . .
```

```
    DEVOG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-02-2023
 PAGE 003 OF        *           FULL SCREEN FORMAT                *     09:00:55


 REGNO: 91010-053 NAME: BRONFMAN, CLARE
 RSP OF...: PHL UNT/LOC/DST: 1 CADRE F          QTR.: C04-337U   RCV OFC: NER
 REMEDY ID: 1073720-R2     SUB1: 13IM SUB2: 10ZM DATE RCV:   06-03-2021
 UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L     FACL RCV: PHL
 UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L     FACL ORG: PHL
 EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:  MON 08-02-2021
 ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
 STATUS DT: 08-16-2021   STATUS CODE: CLD STATUS REASON: DNY
 INCRPTNO.:            RCT: P EXT: N DATE ENTD: 06-30-2021
 REMARKS..:



 REGNO: 91010-053 NAME: BRONFMAN, CLARE
 RSP OF...: PHL UNT/LOC/DST: 1 CADRE F          QTR.: C04-337U   RCV OFC: BOP
 REMEDY ID: 1073720-A1     SUB1: 13IM SUB2: 10ZM DATE RCV:   09-15-2021
 UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L     FACL RCV: PHL
 UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L     FACL ORG: PHL
 EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:
 ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
 STATUS DT: 09-27-2021   STATUS CODE: REJ STATUS REASON: ONE RSA OTH
 INCRPTNO.:            RCT:   EXT:   DATE ENTD: 09-27-2021
 REMARKS..: YOUR SEPARATE ARGUMENTS TO YOUR BP9 AND BP10 ARE
            CONSIDERED CONTINUATION PAGES. ONE CONTINUATION PAGE
            IS PERMITTED.




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVOG            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     06-02-2023
PAGE 004 OF 004 *              FULL SCREEN FORMAT               *      09:00:55


REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: PHL UNT/LOC/DST: 1 CADRE F           QTR.: C04-337U   RCV OFC: BOP
REMEDY ID: 1073720-A2     SUB1: 13IM SUB2: 10ZM DATE RCV:    10-08-2021
UNT   RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT   ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 10-22-2021   STATUS CODE: REJ STATUS REASON: ONE QUA CPG RSA OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 10-22-2021
REMARKS..: CUT 5 PAGE CONTINUATION TO ONLY 1 PAGE. ALSO PROVIDE
           4 COPIES OF THAT 1 PAGE.



REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: PHL UNT/LOC/DST: 1 CADRE F           QTR.: C04-337U   RCV OFC: BOP
REMEDY ID: 1073720-A3     SUB1: 13IM SUB2: 10ZM DATE RCV:    10-28-2021
UNT   RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT   ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:  MON 12-27-2021
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 01-18-2022   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 11-16-2021
REMARKS..:







              6 REMEDY SUBMISSION(S) SELECTED
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```