## TIMELINE OF RETALIATION AGAINST MS. BRONFMAN

### *Bronfman I*

| | |
|---|---|
| November 16, 2022 | Joint Stipulation filed |
| November 21, 2022 | Court approves Joint Stipulation |

### **Retaliation for *Bronfman I***

| | |
|---|---|
| December 4, 2022 | BOP drastically and arbitrarily blocks family, friends, and an attorney from approved contact list |
| December 6, 2022 | Based on BOP's false promises, Ms. Bronfman withdraws application to FIT program |
| December 20, 2022 | Warden requests move to camp |
| December 23, 2022 | Ms. Bronfman is informed that she has been designated to camp, though this move is never effectuated |
| January 20, 2023 | Ms. Bronfman is forced to file motion to reopen habeas proceedings |

### **Retaliation for Attempts to Enforce *Bronfman I***

| | |
|---|---|
| February 24, 2023 | Management Variable applied |
| March 29, 2023 | Ms. Bronfman transferred to FDC Philadelphia |