TRULINCS 91010053 - BRONFMAN, CLARE - Unit: DAN-P-A

----------------------------------------------------------------------------------------

FROM: 91010053
TO: Psychology
SUBJECT: ***Request to Staff*** BRONFMAN, CLARE, Reg# 91010053, DAN-P-A
DATE: 12/16/2022 06:48:20 AM

To: Dr. Stacy
Inmate Work Assignment: Law Library Clerk

Good Morning Dr. Stacy,
I am writing to let you know I have made a decision to put my transfer papers in for camp. Given that I won the lawsuit regarding where I should have initially been designated I am officially withdrawing my application into the FIT program. As I shared if I had not won this, I would have found taking the program, with the aim if self betterment and earning a mentor role, very meaningful. However, given the change of status my primary focus is to get home and take care of myself as prison life has certainly taken a toll. Thank you for the opportunity and for always being so respectful and humane with me. I deeply appreciate your humanity and work.
Sincerely,
Clare Bronfman