## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number: 91010-053, Last Name: BRONFMAN

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

```
Register Number: 91010-053              Risk Level Inmate....: R-MIN
Inmate Name                               General Level......: R-MIN (-11)
  Last.........: BRONFMAN                 Violent Level......: R-MIN (-7)
  First........: CLARE                 Security Level Inmate: MINIMUM
  Middle.......:                       Security Level Facl..: LOW
  Suffix.......:                       Responsible Facility.: PHL
Gender.........: FEMALE                Start Incarceration..: 09/30/2020
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 44 | 12 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoNeed | -9 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 9 | -6 | -3 |
| Work Programs | 1 | -2 | -1 |
| | Total | -11 | -7 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 9
General Score: -6, Violent Score: -3
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | M-STRENGTH | 02/03/2021 00:01 | 02/03/2021 00:01 |
| EDC | EQUALITY | 03/03/2021 00:01 | 03/03/2021 00:01 |
| EDC | EARTH | 04/08/2021 00:01 | 04/08/2021 00:01 |
| EDC | SOLAR | 05/06/2021 00:01 | 05/06/2021 00:01 |
| EDC | OCEAN | 06/10/2021 00:01 | 06/10/2021 00:01 |
| EDC | REVOLUTION | 07/08/2021 00:01 | 07/08/2021 00:01 |
| EDC | BUS-STRTUP | 10/07/2021 00:01 | 10/07/2021 00:01 |
| EDC | CNFLCT MNG | 11/04/2021 00:01 | 11/04/2021 00:01 |
| EDC | CIVIC | 01/13/2022 00:01 | 01/13/2022 00:01 |

Item: Work Programs, Value: 1
General Score: -2, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | ACT WRKEYS | 11/10/2022 12:24 | 11/10/2022 12:24 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:91010-053, Last Name:BRONFMAN

U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS