UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN,<br><br>      Petitioner-Plaintiff,<br><br>v.<br><br>TIMOTHEA PULLEN et. al.,<br><br>      Respondents-Defendants. | Case No. 23-Civ.-619 (JAM) |

**NOTICE OF WITHDRAWAL**

Clare Bronfman, through undersigned counsel, hereby informs the Court that Duncan Levin, Esq. is terminating his appearance as counsel of record in this matter. All other counsel noted on the docket at the time of this filing will remain counsel for Petitioner-Plaintiff.

Dated:  June 30, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LEVIN & ASSOCIATES, PLLC**

　　　　　　　　　　　　　　　　　　　　Duncan Levin
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　44 Court Street, Suite 905
　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 330-7626
　　　　　　　　　　　　　　　　　　　　dlevin@levinpllc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner-Plaintiff Clare Bronfman*